No. 80–1462. MAITER ET AL. *v.* CHICAGO BOARD OF EDUCATION ET AL. Sup. Ct. Ill. Motion of respondent Raquel Guerrero for leave to proceed *in forma pauperis* granted. Certiorari denied.